EDDIE KITT, JR. v. FOSTER CANNING CO., INC.

March 29, 1985.

Petition for certification denied.

ANTHONY TAMBURRO AND ELISA TAMBURRO v. RAYMOND HAYDUCKA AND RUTH HAYDUCKA, HUSBAND AND WIFE.

March 29, 1985.

Petition for certification denied.

THOMAS ZEIDELL v. NEW JERSEY STATE DEPARTMENT OF CORRECTIONS.

JOHN DELANEY AND VINCENT TORO v. DEPARTMENT OF CORRECTIONS.

March 29, 1985.

Petition for certification denied.

MEDFORD CONVALESCENT AND NURSING CENTER v. DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES.

March 29, 1985.

Petition for certification denied.